[No. 39777-0-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEL L. MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00860-1, Donald D. Haley, J., entered November 25, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40638-8-I.    Division One.    August 11, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES OLSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05461-1, Ricardo S. Martinez, J., entered April 2, 1997. *Reversed* by unpublished per curiam opinion.

[No. 18328-5-II.    Division Two.    August 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DEAN NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00136-2, George L. Wood, J., entered May 26, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 19720-1-II.    Division Two.    August 15, 1997.]

COMMEMORATIVE HOMES, INC., *Respondent*, v. TAX PROS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-2-00395-1, Edwin L. Poyfair, J., entered July 23, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.